## Bretthauer *v.* Traction Company.

Argued May 7, 1900. Appeal, No 181, April T., 1900, by defendant, in suit of L. Bretthauer against United Traction Company, from judgment of C. P. No. 2, Allegheny Co., July T., 1899, No. 256, on verdict for plaintiff. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed. Opinion by ORLADY, J.

The facts sufficiently appear from the report of the preceding case.

Verdict and judgment for plaintiff for $666. Defendant appealed.

*H. L. Castle*, with him *Stone & Potter*, for appellant.

*William A. Challener*, for appellee.

OPINION BY ORLADY, J., July 26, 1900:

This case was argued with Kaechele v. United Traction Company, ante, p. 73, and for the reasons given therein this judgment is affirmed.